*CLOSED*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BERNALCOBO,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No.  EDCV 13-65-GW(FFM)<br><br>**ORDER TO DISMISS** |

Based upon the Notice of Dismissal filed on February 6, 2013, it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: February 11, 2013

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT